627 A.2d 1186

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, Appellee**

**v.**

**William FIORE, t/d/b/a Municipal and Industrial Disposal Company, Appellant.**

**No. 50 M.D. Appeal Docket 1993.**

Supreme Court of Pennsylvania.

July 14, 1993.

## ORDER

PER CURIAM.

The appeal is hereby quashed. 35 P.S. § 6020.503(f)(5). It is further ordered that appellant's emergency application for

relief to stay the Commonwealth Court's order of April 21, 1993, is hereby denied.

LARSEN, J., did not participate in the consideration or decision of this case.